UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 13-2587 DSF (Ex) | Date | 4/18/13 |
|---|---|---|---|
| Title | CW3PR, Inc. v. Nikki Beach Holdings, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order REMANDING Case to State Court

   This case was removed from state court based on diversity jurisdiction.  The removing defendant has failed to plead the citizenships of any of the LLCs correctly.  See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).  Therefore, it has failed to establish subject matter jurisdiction.

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.